IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD COLBERT,                              No. CIV S-09-1569-CMK-P

    Plaintiff,

  vs.                                                                ORDER

M. BANKS,

    Defendant.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's objections (Docs. 10 and 11) to the court's denial of in forma pauperis status and denial of reconsideration of same.  Plaintiff is advised that, because he has already sought reconsideration, which has been denied, no further "objections" to the denial of in forma pauperis status will be entertained.  Plaintiff now has three options: (1) pay the full $350.00 statutory filing fee, in which case this action may proceed; (2) appeal the court's denial of in forma pauperis status; or (3) appeal final judgment of dismissal which will be entered upon plaintiff's failure to pay the filing fees.  In the meantime, plaintiff's recently filed "objections" will be stricken.

/ / /

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's objections (Docs. 10 and
2  11) are stricken.
3
4  DATED: August 5, 2009
5
           _____
6          **CRAIG M. KELLISON**
           UNITED STATES MAGISTRATE JUDGE

2